GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 3:14-CR-00001-009 (CAR) |
| **CEQUEL KNOLTON** | |

On May 13, 2015, the above-named defendant was sentenced to 128 months imprisonment and 5 years of supervised release for the offense of Conspiracy to Possess with Intent to Distribute Controlled Substances in violation of 21 U.S.C. § 846 i/c/w 21 U.S.C. §841 (a)(1), (b)(1)(A)(ii), (b)(1)(A)(ii), (b)(1)(A)(iii), (b)(1)(C), (b)(1)(D) and (b)(1)(E).

Throughout the term of supervised release, the defendant has remained in compliance with all Court-ordered conditions. Knolton has maintained residential stability, has remained gainfully employed, and maintained his sobriety. The defendant has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the Courts of the United States Courts and is no longer in need of supervision.

**IT IS HEREBY ORDERED** that the defendant's term of supervised release be terminated for good and sufficient cause shown to the Court.

Respectfully submitted,

*Kallie M. Houlroyd*

Kallie M. Houlroyd
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __13__ day of __August__, 2025.

*C. Ashley Royal*
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE